IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Eason, Mary L

Printed: 4/22/08

Case Number: 07 B 12265
Judge: Wedoff, Eugene R
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: September 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,000.00 |  |
| Secured: |  | 558.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 388.01 |
| Trustee Fee: |  | 53.99 |
| Other Funds: |  | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,500.00 | 388.01 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Village of Richton Park | Secured | 205.17 | 60.00 |
| 4. | Beneficial | Secured | 5,316.85 | 315.00 |
| 5. | DaimlerChrysler Servs North America | Secured | 3,090.59 | 183.00 |
| 6. | Everhome Mortgage Company | Secured | 26,000.00 | 0.00 |
| 7. | Capital One | Unsecured | 1,635.17 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 563.47 | 0.00 |
| 9. | Capital One | Unsecured | 1,592.62 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 275.65 | 0.00 |
| 11. | Midland Credit Management | Unsecured | 1,112.58 | 0.00 |
|  |  |  | $ 41,292.10 | $ 946.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 53.99 |
|  | $ 53.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Eason, Mary L | Case Number:  07 B 12265 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  7/10/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

